# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Cardiovascular Systems, Inc.,

      Plaintiff,

v.

Cardio Flow, Inc.,

      Defendant.

Case No. 18-cv-1253-SRN-KMM

**AMENDED PRETRIAL
SCHEDULING ORDER**

This matter is before the Court on the parties' Stipulation to Amend the Scheduling Order (ECF No. 74).  Good cause having been shown, the Court hereby amends the Scheduling Order (ECF No. 30) as follows:

1. Fact discovery shall be commenced in time to be completed on or before **December 15, 2019**.

2. Initial experts.

    i.   The identity of any expert who may testify at trial regarding issues on which the party has the burden of persuasion must be disclosed on or before **January 15, 2020**.

    ii.  The initial expert written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **January 15, 2020**.

3.    Rebuttal experts.

     i.    The identity of any experts who may testify in rebuttal to any initial expert must be disclosed on or before **February 17, 2020**.

     ii.    Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served on or before **February 17, 2020**.

4.    Each side may take one deposition per expert.  Expert discovery, including depositions, shall be completed by **March 16, 2020**.

5.    All non-dispositive motions and supporting documents which relate to expert discovery shall be filed and served on or before **March 16, 2020**.

6.    Counsel for the moving party shall contact Judge Nelson's Courtroom Deputy, Susan Del Monte, at 651-848-1970 no later than **February 28, 2020**, to schedule a hearing for a dispositive motion, if any.

7.    This case shall be ready for a jury trial on **July 15, 2020**.  The anticipated length of trial is 10 days.

**8.**     The remaining dates and procedures described in the Scheduling

Order (ECF No. 30) shall remain the same.

**IT IS SO ORDERED.**

Date:  September 20, 2019                    *s/Katherine Menendez*
                                             Katherine Menendez
                                             United States Magistrate Judge