# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Cardiovascular Systems, Inc.,

        Plaintiff,

v.

Cardio Flow, Inc.,

        Defendant.

Case No. 18-cv-1253-SRN-KMM

**PLAINTIFF CSI'S L.R. 5.6(d) STATEMENT REGARDING TEMPORARY SEALING OF CERTAIN DOCUMENTS**

Pursuant to L.R. 5.6(d), Plaintiff Cardiovascular Systems, Inc. ("CSI") submits the following statement regarding the temporary sealing of documents filed in support of CSI's Opposition to Defendant Cardio Flow's Motion for Summary Judgment (the "Opposition").

Under Local Rule 5.6(c)(2), a party may file a document under temporary seal if, *inter alia*, the document "has been designated as confidential or proprietary by another party, by a nonparty, or under a non-disclosure agreement or protective order[.]"

Each of the following documents was either designated by Cardio Flow as "Attorney's Eyes Only" or contains references to material that was given that designation by Cardio Flow. Where possible, CSI is filing a public, redacted version

61668750.1

of the document.

| Document | Description | Reason for Sealing | Redacted Available? |
|---|---|---|---|
| Opposition | CSI's Opposition to Cardio Flow MSJ | Cites to documents designated "Attorney's Eyes Only" by Defendant Cardio Flow | Yes |
| M | 2019 Private Placement Memorandum | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| O | Paul Robinson Deposition Transcript, Selected Pages | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| P | Cassandra Svesden Deposition Transcript, Selected Pages | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| Q | 2016 Investor Presentation | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| R | Michael Kallok Deposition Transcript, Selected Pages | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| S | Gary Petrucci Deposition Transcript, Selected Pages | Designated "Attorney's Eyes Only" by Defendant Cardio Flow. | No |
| Declaration | Declaration of Dr. Morten Jensen ISO CSI's Opposition | Discusses information designated "Attorney's Eyes Only" throughout | No |

61668750.1

DATED: July 9, 2020

**ROBINS KAPLAN LLP**

By: s/ Daniel L. Allender

Roman M. Silberfeld (*pro hac vice*)
Daniel L. Allender (*pro hac vice*)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552–0130
Facsimile: (310) 229–5800
rsilberfeld@robinskaplan.com
dallender@robinskaplan.com

Thomas F. Berndt (MN Bar No. 0389080)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
Telephone: (612) 349–8500
Facsimile: (612) 339–4181
tberndt@robinskaplan.com

**ATTORNEYS FOR PLAINTIFF
CARDIOVASCULAR SYSTEMS, INC.**

3

61668750.1