# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Cardiovascular Systems, Inc., | Civil No. 18-cv-1253-SRN-KMM |
| Plaintiff, | |
| v. | |
| Cardio Flow, Inc., | **DECLARATION OF**<br>**DANIEL R. HALL** |
| Defendant. | |

I, Daniel R. Hall, under penalty of perjury under the laws of the United States of America, hereby state and declare as follows:

1.      I am an attorney with the law firm of Anthony Ostlund Baer & Louwagie P.A., counsel for Cardio Flow, Inc. in the above-referenced action.  This Declaration is submitted in support of Cardio Flow's Motion to Strike Additional Untimely Infringement Contentions and for Sanctions.

2.      Attached hereto is a true and correct copy of the following:

EXHIBIT 1:    Expert Report of Dr. Morten Jensen.

Dated:  September 15, 2020

　　　　　　　　　　　　　*s/ Daniel R. Hall*
　　　　　　　　　　　　　Daniel R. Hall