**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Cardiovascular Systems, Inc.,                                   Civil No. 18-cv-1253-SRN-KMM

              Plaintiff,

v.                                                              **STATEMENT INSTEAD OF**
                                                                **REDACTED DOCUMENT**
Cardio Flow, Inc.,

              Defendant.

Exhibit 1 to the Declaration of Daniel Hall was filed under temporary seal.  The

document consists of an expert report and attachments that include non-public

information about Cardio Flow, Inc.'s produce and research and development work.  The

entire document has been filed under seal because redaction is impracticable.

**ANTHONY OSTLUND**
**BAER & LOUWAGIE P.A.**

Dated:  September 15, 2020          By:  *s/ Daniel Hall*
                                      Joseph W. Anthony (#0002872)
                                      Daniel R. Hall (#392757)
                                      90 South Seventh Street, Suite 3600
                                      Minneapolis, MN 55402
                                      Telephone:  (612) 349-6969
                                      janthony@anthonyostlund.com
                                      dhall@anthonyostlund.com

**ATTORNEYS FOR DEFENDANT**
**CARDIO FLOW, INC.**